IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| CHRISTOPHER TAHCHAWWICKAH, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. CIV-22-585-SLP |
| CARRIE BRIDGES, | ) | |
| Respondent. | ) | |

## **JUDGMENT OF DISMISSAL**

In accordance with the Order entered this 29th day of September, 2023, this matter is DISMISSED WITHOUT PREJUDICE. Further, a certificate of appealability is denied.

ENTERED this 29th day of September, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE